THE STATE, EX REL. HARRELL, APPELLANT, *v.* COURT OF
COMMON PLEAS, HAMILTON COUNTY, APPELLEE.

(No. 79-124—Decided May 16, 1979.)

*Mr. Wilborn D. Harrell, pro se.*
*Mr. Simon L. Leis, Jr.,* prosecuting attorney, and *Mr.
Leonard Kirshner,* for appellee.

*Per Curiam.* The mandamus action below, which
sought an order requiring the Court of Common Pleas of
Hamilton County to actually grant pre-trial confinement
time credit, was misdirected inasmuch as that duty, where
warranted, rests solely with the Adult Parole Authority by
reason of R. C. 2967.191 as amended effective March 23,
1973, and as further amended effective November 1, 1978.

For the reason of the foregoing, the judgment of the
Court of Appeals dismissing the complaint is affirmed.

*Judgment affirmed.*

CELEBREZZE, C. J., HERBERT, W. BROWN, P. BROWN,
SWEENEY, LOCHER and HOLMES, JJ., concur.